

## NUMBERS
## 13-10-00120-CV
## 13-10-00121-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

REGION ONE EDUCATION SERVICE CENTER
AND JACK C. DAMRON,                                              Appellants,

v.

ALMA DOFFING,                                                    Appellee.

## On appeal from the County Court at Law No. 4
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Garza, and Benavides**
**Memorandum Opinion Per Curiam**

Appellants, Region One Education Service Center and Jack C. Damron, perfected

appeals from judgments entered by the County Court at Law No. 4 of Hidalgo County,

Texas, in cause number CL-09-3695-D.  On May 24, 2010, this Court issued an order

consolidating appeals and abating the case for mediation. The Court hereby REINSTATES the appeals. Appellants have filed unopposed motions to dismiss the appeals on grounds that the parties have reached an agreement to settle and compromise their differences. Appellants request that this Court dismiss the appeals.

The Court, having considered the documents on file and appellants' motions to dismiss the appeals, is of the opinion that the motions should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motions to dismiss are granted, and the appeals are hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeals at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
23rd day of September, 2010.